**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **BINGO, INC.**, | ) | |
| | ) | Case No. C-1-02-002 |
| | ) | |
| Plaintiff, | ) | Judge Herman J. Weber |
| **vs.** | ) | |
| | ) | |
| **THE LOTTERY CHANNEL, INC., et al.** | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

By agreement of the parties and for good cause shown, Plaintiff Bingo, Inc.
is hereby granted leave to file its amended complaint.  The proposed amended complaint
attached to plaintiff's motion for leave is hereby deemed filed as of the date of this order.

IT IS SO ORDERED this ____ day of _____, 2003.


_____
Herman J. Weber, Senior Judge
United States District Court

**AGREED:**

| | /s Richard T. Lauer, by Eric W. Richardson |
| | per telephone authority on |
| | October 27, 2003 |
| /s  Eric W. Richardson | Richard T. Lauer    (0063467) |
| Daniel J. Buckley    (0003772) | Rendigs, Fry, Kiely and Dennis, LLP |
| Eric W. Richardson  (0066530) | 900 Fourth and Vine Tower |
| Vorys, Sater, Seymour and Pease LLP | Five West Fourth Street |
| Suite 2100, Atrium Two | Cincinnati, OH 45202 |
| 221 East Fourth Street | Telephone:   (513) 381-9343 |
| Cincinnati, Ohio  45202 | Facsimile:   (513) 381-9335 |
| Telephone:   (513) 723-4000 | |
| Facsimile:   (513) 723-4056 | |
| | |
| Trial Attorneys for Plaintiff Bingo, Inc. | Trial Attorney for The Lottery Channel, Inc. and Games, Inc. |

2