IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **BINGO, INC.**, | ) | |
| | ) | Case No. C-1-02-002 |
| | ) | |
| Plaintiff, | ) | Judge Herman J. Weber |
| **vs.** | ) | |
| | ) | |
| **THE LOTTERY CHANNEL, INC., et al.** | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

By agreement of the parties and for good cause shown, Plaintiff Bingo, Inc. is hereby granted leave to file its amended complaint. The proposed amended complaint attached to plaintiff's motion for leave is hereby deemed filed as of the date of this order.

IT IS SO ORDERED this 29th day of October, 2003.

                                                  S/Herman J. Weber
                                                Herman J. Weber, Senior Judge
                                                United States District Court

2

**AGREED:**

|  |  |
|---|---|
| /s  Eric W. Richardson | /s Richard T. Lauer, by Eric W. Richardson per telephone authority on October 27, 2003 |
| Daniel J. Buckley     (0003772) | Richard T. Lauer     (0063467) |
| Eric W. Richardson (0066530) | Rendigs, Fry, Kiely and Dennis, LLP |
| Vorys, Sater, Seymour and Pease LLP | 900 Fourth and Vine Tower |
| Suite 2100, Atrium Two | Five West Fourth Street |
| 221 East Fourth Street | Cincinnati, OH 45202 |
| Cincinnati, Ohio  45202 | Telephone:   (513) 381-9343 |
| Telephone:   (513) 723-4000 | Facsimile:     (513) 381-9335 |
| Facsimile:    (513) 723-4056 |  |
| Trial Attorneys for Plaintiff Bingo, Inc. | Trial Attorney for The Lottery Channel, Inc. and Games, Inc. |