FILED
KENNETH J. MURPHY
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

03 OCT 30 AM 10: 52

| | |
|---|---|
| **BINGO, INC.** ) | |
| ) | Case No. C-1-02-002 |
| Plaintiff, ) | |
| vs. ) | Judge Herman J. Weber |
| ) | |
| **THE LOTTERY CHANNEL, INC.,** ) | |
| **a/k/a GAMEBANC CORPORATION** ) | |
| ) | |
| and ) | |
| ) | |
| **GAMES, INC.,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT AGREEMENT

The undersigned parties hereby give notice that they have reached a settlement in the above matter, a copy of which agreement is attached hereto as Exhibit A. The parties submit this settlement agreement for the Court's consideration with their proposed Agreed Order Entering Judgment on Parties' Settlement and Dismissing Case.

Respectfully submitted,

/s/ Eric W. Richardson
Daniel J. Buckley    (0003772)
Eric W. Richardson (0066530)
Vorys, Sater, Seymour and Pease LLP
Suite 2100, Atrium Two
221 East Fourth Street
Cincinnati, Ohio 45202
Telephone:  (513) 723-4000
Facsimile:    (513) 723-4056

Trial Attorneys for Plaintiff Bingo, Inc.

/s/ Richard T. Lauer / by Eric W. Richardson per tel. auth. on 10/29/03
Richard T. Lauer    (0063467)
Rendigs, Fry, Kiely and Dennis, LLP
900 Fourth and Vine Tower
Five West Fourth Street
Cincinnati, OH 45202
Telephone:  (513) 381-9343
Facsimile:    (513) 381-9335

Trial Attorney for Defendants
The Lottery Channel, Inc. and Games, Inc.